UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Kenneth Wilson,         Civ. No. 23-1653 (PAM/ECW)

         Petitioner,

v.         **ORDER**

Warden Jared Rardin, Warden; Collette Peters, BOP Director; and Merrick Garland, USAG,

         Respondents.

This matter is before the Court on the Report and Recommendation ("R&R") of United States Magistrate Judge Elizabeth Cowan Wright dated April 15, 2024. (Docket No. 20.) The R&R recommends that Petitioner Kenneth Wilson's Petition for habeas-corpus relief be denied and this action dismissed without prejudice. No party objected to the R&R, and the time to do so has passed. D. Minn. L.R. 72.2(b)(1).

This Court must review de novo any portion of an R&R to which specific objections are made, but in the absence of objections, the Court reviews the R&R only for clear error. 28 U.S.C. § 636(b)(1); D. Minn. L.R. 72.2(b); see also Grinder v. Gammon, 73 F.3d 793, 795 (8th Cir. 1996) (noting that district court need only review un-objected-to R&R for clear error). The Court has reviewed the R&R and finds no error, clear or otherwise, in the Magistrate Judge's reasoning.

Accordingly, **IT IS HEREBY ORDERED that**:

1. The R&R (Docket No. 20) is **ADOPTED**;

2.       The Petition (Docket No. 1) is **DENIED**; and

3.       This matter is **DISMISSED without prejudice**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:   May 15, 2024              *s/Paul A. Magnuson*
                                                     Paul A. Magnuson
                                                     United States District Court Judge